# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK WADELL COOPER, | ) | 1:13-cv-00487 AWI GSA |
| | ) | |
| Plaintiff, | ) | **ORDER TO SUBMIT COMPLETED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS** |
| v. | ) | (Document 3) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

On April 4, 2013, Plaintiff Derrick Cooper ("Plaintiff"), proceeding pro se, filed a complaint in this civil action. (Document 1). In lieu of paying the $350.00 filing fee, Plaintiff submitted, pursuant to 28 U.S.C. § 1915, an Application to Proceed in District Court Without Prepaying Fees and Costs. (Document 3).

The Court is unable, at present, to grant Plaintiff's application to proceed without prepaying fees and costs because it is incomplete. Accordingly, Plaintiff shall complete, sign and submit the attached application to proceed without prepaying fees and costs no later than **May 6, 2013**. Alternatively, Plaintiff may pay, no later than **May 6, 2013**, the $350.00 filing fee for commencing this action. Failure to take one of these steps by **May, 6, 2013**, will result in the

1 dismissal of this action.

2     Plaintiff is further advised that once an application to proceed without prepaying fees and
3 costs is granted, or the filing fee of $350.00 is paid, the Court will screen the instant complaint to
4 ensure it raises cognizable claims.  The Court must dismiss any case determined to be, *inter alia*,
5 frivolous or malicious, or that fails to state a claim upon which relief may be granted.  28 U.S. C.
6 § 1915(e)(2); *see also Omar v. Sea-Land Service, Inc.*, 813 F.2d 986, 991 (9th Cir. 1987) (a trial
7 court may sua sponte note the inadequacy of a complaint and dismiss it for failure to state a
8 claim); *Wong v. Bell*, 642 F.2d 359, 361-362 (9th Cir. 1981).  While the Court has not yet
9 conducted a full, formal screening of the instant complaint, a preliminary review indicates that it
10 fails to state any claim upon which relief may be granted.  Plaintiff is advised that the Clerk of
11 the Court will not issue summonses in this matter unless, after a full screening, the complaint is
12 found to be adequate and appropriate for service on defendants.

## ORDER

14 **Plaintiff shall submit a completed and signed Application to Proceed in District**
15 **Court Without Prepayment of Fees and Costs, or, in the alternative, pay the filing fee of**
16 **$350.00, no later than May 6, 2013, in order to proceed with this action.**  Failure to comply
17 with this Order will result in the dismissal of this action.

19     IT IS SO ORDERED.

20     Dated:   **April 13, 2013**          /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE