# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK WADELL COOPER, | ) | 1:13cv00487-AWI-GSA |
| | ) | |
| Plaintiff, | ) ) ) | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | ) ) | (Doc. 5) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff Derrick Wadell Cooper ("Plaintiff"), appearing pro se, filed a complaint in this civil action on April 4, 2013. Plaintiff initially submitted an incomplete application to proceed in forma pauperis. (Doc. 3). However, in compliance with the Court's subsequent order, Plaintiff has now submitted a properly completed application to proceed in forma pauperis. (Doc. 5). A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and his application is therefore GRANTED.

IT IS SO ORDERED.

Dated:   **April 23, 2013**            /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

1